UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SOURYANA KOUIDER, et al., | ) | CASE NO.:  1:19-CV-02294 |
| | ) | |
| Plaintiffs, | ) | JUDGE:  JAMES GWIN |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| PARMA CITY SCHOOL DISTRICT, | ) | **DISMISSAL WITH PREJUDICE** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties do hereby stipulate that the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE JAMES GWIN

_s/Jared S. Klebanow_ (via email consent 10/26/20)
JARED S. KLEBANOW (0092018)
KLEBANOW LAW, LLC
850 Euclid Avenue, Suite 701
Cleveland, OH  44114
(216) 621-8230
Email:  jklebanow@klebanowlaw.com

*Counsel for Plaintiff*

_s/Robert P. Lynch_ (via email consent 10/26/20)
ROBERT P. LYNCH, JR. (0072037)
STEVEN D. STRANG (0085444)
Gallagher Sharp LLP
1215 Superior Avenue

_s/Darrell A. Clay_ (via email consent 10/26/20
DARRELL A. CLAY (0067598)
  Email: dclay@walterhav.com
  Direct Dial: 216-928-2896
CHRISTINA HENAGEN PEER (0071579)
  Email: cpeer@walterhav.com
  Direct Dial: 216-928-2918
CHRISTINE T. COSSLER (0075340)
  Email: ccossler@walterhav.com
  Direct Dial: 216-928-2946
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH 44114
(PH) 781-1212 / (FAX) 216-575-0911

Cleveland, OH 44114
(216) 241-5310
(216) 241-1608 – Fax
Email:  rlynch@gallaghersharp.com
       sstrang@gallaghersharp.com

*Counsel for Defendant Officer Antonio Baez*

 

*s/James A. Climer*
JAMES A. CLIMER (0001532)
AMILY A. IMBROGNO (0092434)
KATHLEEN M. MINAHAN (0064989)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jclimer@mrrlaw.com
       aimbrogno@mrrlaw.com
       kminahan@mrrlaw.com

*Counsel for Defendant Parma City School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, a copy of the foregoing Stipulation and Order of Dismissal With Prejudice was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/James A. Climer*
JAMES A. CLIMER (0001532)
AMILY A. IMBROGNO (0092434)
KATHLEEN M. MINAHAN (0064989)

*Counsel for Defendant Parma City School District Board of Education*

TRID-190289/Dismissal Entry w/Prejudice